# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-MJ- 118 |
| **MARTIN LOPEZ MORALES** a/k/a **ORLANDO LOPEZ MORALES** | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 16, 2025, in the County of Niagara, in the Western District of New York, the defendant, **Martin Lopez Morales**, an alien, was found in the United States, after previously being removed or deported from the United States, without having obtained the expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

MARK E. JANN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 19, 2025

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE      )  SS.:
CITY OF BUFFALO    )

**MARK E. JANN**, being duly sworn, deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP") currently assigned as a Task Force Officer with Homeland Security Investigations ("HSI") within the Department of Homeland Security ("DHS") and have been so employed in immigration law enforcement for the past twenty-nine years. In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes.

2. As part of my current duties, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular, Title 8, United States Code, Section 1326 (Re-entry of Removed Aliens).

3. I make this affidavit in support of a criminal complaint charging Martin LOPEZ MORALES, a.k.a. Orlando LOPEZ MORALES, an alien, not a citizen or national of the United States, born in 1994 in Guatemala, with being found in the United States without the expressed consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, after having been deported or removed from the

United States, in violation of Title 8 United States Code, Section 1326(a).

4.      The statements contained in this affidavit are based upon my personal knowledge, my training and experience, my review of database checks and official records, and upon the information provided to me by other law enforcement officers.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that Martin LOPEZ MORALES, did knowingly violate Title 8 United States Code, Section 1326(a).

## PROBABLE CAUSE

5.      On or about August 16, 2025, at approximately 1447 hours, United States Customs and Border Protection (CBP) Officer Jonathan Schmitt encountered a vehicle at the Lewiston Bridge Port of Entry in Lewiston, New York, in the Western District of New York. The vehicle had a Florida license plate PXBC76 and was driven by Hugo LOPEZ MORALES, born 1977, with five passengers including Martin LOPEZ MORALES who had no identification.  CBP Officer Schmitt reports the driver, Hugo LOPEZ MORALES presented 6 CBSA (Canadian Border Service Agency) refusal forms.  CBP Officer Schmitt asked if any they had any valid U.S. entry documents to which Hugo LOPEZ MORALES replied they did not.  The occupants and the vehicle were escorted to secondary inspection due to the passenger not having any identification to prove his identity and citizenship.

6.     At approximately 1657 hours, CBP Officer Anibal Sanchez entered Martin LOPEZ MORALES fingerprints into the Interagency Fingerprint Identification System ("IAFIS") database to verify his identity and any immigration history in the United States. This scan resulted in an identical fingerprint matching an FBI and Alien File number. The FBI number was matched to Martin LOPEZ MORALES' Immigration Removal Proceedings.

7.     Immigration record checks regarding this Alien File number revealed Martin LOPEZ MORALES is a native and citizen or Guatemala. He was ordered removed by an Immigration Judge in Cleveland, Ohio on June 29, 2020. Martin LOPEZ MORALES was physically deported to Guatemala on or about October 27, 2020, via air in Alexandria, Louisiana, pursuant to the removal order. Furthermore, Immigration record checks, Martin LOPEZ MORALES was given a voluntary return from the United States to Mexico on April 21, 2001, May 14, 2021, and May 24, 2021.

8.     A review of electronic immigration benefit records and a review Martin LOPEZ MORALES' Alien File number failed to reveal that Martin LOPEZ MORALES had applied for or received requisite permission from the Attorney General or the Secretary for the Department of Homeland Security to reenter the United States.

9.     Wherefore, I respectfully submit that the foregoing facts establish probable cause to believe that on or about August 16, 2025, Martin LOPEZ MORALES, an alien, was found in the United States after having been previously deported or removed from the United

States, without the requisite permission from the Attorney General of the United States or the Secretary for the Department of Homeland Security, in violation of Title 8, United States Code Section 1326(a).

*Mark E. Jann*
_____
MARK E. JANN
CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to and subscribed telephonically
on this 19th day of August, 2025.

*H. Kenneth Schroeder, Jr.*
_____
HON. H. KENNETH SCHROEDER JR.
United States Magistrate Judge

4